ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 15 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILIASU USUMANU | Criminal Information<br><br>No. 1:25-CR-0111 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 26, 2025, in the Northern District of Georgia, the defendant, Iliasu Usumanu, did forcibly assault, resist, oppose, impede, intimidate, and interfere with D.J., a Deportation Officer, an officer and employee of the United States Department of Immigration and Customs Enforcement, and a person designated in Title 18, United States Code, Section 1114 then engaged in his or her official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

/s/ *Phyllis Clerk*
PHYLLIS CLERK
Assistant United States Attorney
Georgia Bar No. 095325
 600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181